IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ANN ELLIS,

Plaintiff,

v.

COUNTY OF ST. CLAIR, ILLINOIS,

Defendant.

Case No. 23-cv-2592 JPG

## JUDGMENT

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated: 12/9/2024**          MONICA A. STUMP, Clerk of Court

<u>s/ Tina Gray, Deputy Clerk</u>

**Approved:**   <u>*s/J. Phil Gilbert*</u>
          **J. PHIL GILBERT**
          **DISTRICT JUDGE**